IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex rel.* LAURA GAZDICH, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 17-1666 Magistrate Judge Maureen P. Kelly |
| v. ) ) | |
| WJS PSYCHOLOGICAL ASSOCIATES, INC., ) ) ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

On December 27, 2017, Plaintiff filed the instant action on behalf of the United States of America, by and through *qui tam* relator, Laura Gazdich ("Relator") against Defendant WJS Psychological Associates, Inc. ECF No. 1. On July 23, 2020, the United States of America filed notice of its election to decline intervention. ECF No. 17. On the same date, the Court ordered that the Complaint be unsealed and served upon the Defendant by the Relator. ECF No. 18.

To date, no further activity has taken place in this action. Upon attempting to reach counsel of record for the Relator, Rolf Louis Patberg and Cynthia O'Donnell of the law firm of Patberg, Carmody and Ging, to determine the status of this matter, the Court learned that Attorney Patberg passed away in November 2018 and that Attorney O'Donnell is no longer associated with this law firm. While it is the Court's understanding that Attorney David Zimmaro is now representing Relator, he has not entered an appearance to date and has not responded to recent emails from Court staff. As a result of such inactivity, an order to show cause is warranted.

AND NOW, this 18th day of December, 2020, IT IS HEREBY ORDERED that Relator show good cause by January 15, 2021 why this case should not be dismissed for failure to prosecute.

BY THE COURT:

  /s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record via CM/ECF.

David Zimmaro
Zimmaro Law
310 Grant Street, Suite 720
Pittsburgh, PA 15219