IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Ex rel.* LAURA GAZDICH, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.17-1666 |
| v. | ) ) | Judge Cathy Bissoon |
| WJS PSYCHOLOGICAL ASSOCIATES, INC., | ) ) ) ) | Magistrate Judge Maureen P. Kelly |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 25, 2021, the Magistrate Judge issued a Report (Doc. 20) recommending that the Court dismiss this action due to Plaintiff's failure to prosecute. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Relator's claims are dismissed with prejudice based on their failure to prosecute this action, and the Magistrate Judge's Report and Recommendation (Doc. 20) is adopted as the Opinion of the District Court.

2

IT IS SO ORDERED.

March 9, 2021                                              s\Cathy Bissoon
                                                                                 Cathy Bissoon
                                                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record
Adam Fischer, AUSA

cc (via U.S. Mail):

David Zimmaro
Zimmaro Law
310 Grant Street, Suite 720
Pittsburgh, PA 15219